**DISMISS; and Opinion Filed August 19, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01040-CR

### JUAN CARLOS SANCHEZ VARGAS, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-63809-M**

## MEMORANDUM OPINION
Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

Juan Carlos Sanchez Vargas was convicted of possession of cocaine in an amount less than one gram. Pursuant to a plea agreement, the trial court assessed punishment as a Class A misdemeanor and sentenced appellant to 365 days' confinement in jail. *See* TEX. PENAL CODE ANN. § 12.44(a) (West 2011). Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/David Lewis/

DAVID LEWIS

JUSTICE

Do Not Publish
TEX. R. APP. P. 47

141040F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JUAN CARLOS SANCHEZ VARGAS,
Appellant

No. 05-14-01040-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-63809-M.
Opinion delivered by Justice Lewis, Justices
Fillmore and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 19th day of August, 2014.